JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA TARVER, | Case No.: CV 14-7393 DSF (SHx) |
| Plaintiff, | |
| v. | JUDGMENT |
| OCWEN LOAN SERVICING, LLC; BANK OF AMERICA, NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DIRECT MORTGAGE CORP. d.b.a. DIRECT MORTGAGE WHOLESALE CORP.; CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB as TRUSTEE OF ARLP TRUST 3; WESTERN PROGRESSIVE, LLC; and DOES 1 through 20, inclusive, | |
| Defendants. | |

The Court having previously granted several defendants' motions to dismiss and having issued an Order to Show Cause re Dismissal for Lack of Prosecution as to the remaining defendant and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice as to Christiana Trust, that the action be dismissed with prejudice as to all other defendants, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 4/6/15

_____
Dale S. Fischer
United States District Judge